# Court of Appeals
# of the State of Georgia

ATLANTA, __December 02, 2013__

*The Court of Appeals hereby passes the following order:*

## A14D0130. MARTIN FLORES v. THE STATE.

On September 16, 3013, the trial court entered an order denying Martin Flores's extraordinary motion for new trial. On October 30, 2013, Flores filed this application for discretionary appeal.

To be timely, a discretionary application must be filed within 30 days of entry of the order to be appealed. OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989). Here, Flores's application for discretionary appeal was filed 44 days after the trial court's ruling.[1] Accordingly, we lack jurisdiction to consider the untimely application, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, __12/02/2013__
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*

---

[1] Flores attempted to file his application with this Court on October 21, 2013, but his application was returned to him because he did not include the requisite fee or pauper's affidavit. This filing was also outside the 30-day period.